THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADAM H. STRAUB, Appellant.— Judgment of conviction modified by reducing the term of imprisonment to two years, and as modified affirmed. No opinion. Blackmar, P. J., and Jaycox, J., concur, Rich, J., concurring in the following memorandum: I would reverse if I could on the ground stated by Mr. Justice Mills, but as the majority of the court are for affirmance I have concluded to join with the presiding justice and Justice Jaycox in voting for the reduction of the sentence to two years. Mills, J., votes to reverse and grant a new trial on the ground that the trial justice committed substantial error, to the prejudice of defendant, in admitting in evidence the alleged statement made by the complainant to the police officer, at folios 162 to 171 of the record. Putnam, J., votes to affirm without modification.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SUSSER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

GUSSIE ROSENZWEIG, Appellant, v. THE DIME SAVINGS BANK OF WILLIAMSBURG and BARNET ROSENZWEIG, Respondents.— The real ownership of this bank deposit and how far it was known to Mr. Rosenzweig seem doubtful, and we, therefore, afford the plaintiff a new trial. Hence the judgment and findings numbered 4, 5 and 6, are severally reversed, with the conclusion of law, as against the weight of the evidence, and a new trial is granted, with costs to appellant to abide the event. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

REGINALD G. ULLMAN, by His Guardian ad Litem, PERCIVAL G. ULLMAN, JR., Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

PERCIVAL G. ULLMAN, JR., Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

WILLIAM E. WHITE, Respondent, v. NATHAN SCHWEITZER and ISIDOR S. SCHWEITZER, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

EDWARD P. BAKER, Respondent, v. ELIZABETH G. COOPER and Others, Appellants.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the October term, and pay ten dollars costs to the respondent; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

EDITH M. BAYLIES, Respondent, v. GUSTAVUS BAYLIES, JR., Appellant.— Motion to resettle order granted. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ. Settle order on notice.